**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7731**

_____

UNITED STATES OF AMERICA,

                        Plaintiff - Appellee,

     versus

KEENAN KESTER COFIELD,

                        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Marvin J. Garbis, Senior District Judge. (1:04-cr-00099-MJG)

_____

Submitted:  June 15, 2007           Decided:  June 19, 2007

_____

Before WIDENER, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Keenan Kester Cofield, Appellant Pro Se.   Stephen Matthew Schenning, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keenan Kester Cofield appeals the district court's marginal order denying his motion to reconsider, under Fed. R. Civ. P. 60(b), the denial of his "motion to correct sentence." We have reviewed the record and find no reversible error. Accordingly, we deny Cofield's motion to remand and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED